UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:21-cv-06780-JLS-E                                            Date: May 16, 2022
Title:  Jee Hoon Choi et al v. Romy Tiffanie Han et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   D. Rojas   | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER ADMINISTRATIVELY CLOSING CASE**

   On April 20, 2022, this Court ordered "Plaintiffs . . . to show cause, in writing, why this case should not be administratively closed for failure to prosecute." (Order at 2, Doc. 48.)  The Court further ordered Plaintiffs to "file their response within **seven (7) days** of this Order's issuance." (*Id.*)  The deadline has passed, and to date, Plaintiffs have not filed a response.  Accordingly, the Court ADMINISTRATIVELY CLOSES this case.

**IT IS SO ORDERED**.

                                                                            Initials of Deputy Clerk:  droj